Dismissed and Memorandum Opinion filed August 28, 2003









Dismissed and Memorandum Opinion filed August 28,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00623-CV

____________

 

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (AICP@), Appellant

 

V.

 

JAMES D. LAUGLIN, JR. and MARSHALL CONSTRUCTION COMPANY,
INC., Appellees

 



 

On Appeal from the 61st District
Court

Harris County, Texas

Trial Court Cause No. 
01-08396

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 28, 2003.

On August 19, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 28, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.